# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **THOMAS W. ZACH,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | 07-C-426-C |
| v. | |
| **BRENDA STACEY, Probation Officer,** Wisconsin Department of Corrections, Div. of Community Corrections and **LEANN MOBERLY, Probation Supervisor,** Wisconsin Department of Corrections, Div. of Community Corrections, | |
| **Defendants.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that this case is DISMISSED for lack of subject matter jurisdiction.

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

Connie A. Korth                                                                            10/25/07
_____      _____
by Deputy Clerk                                                                           Date